UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARRIS,<br><br>        Plaintiff,<br><br>v.<br><br>M. VELASQUEZ, et al.<br>        Defendants. | Case No. 1:25-cv-00604-HBK (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **WITNESS DAVID GARRIS, CD # BF-7074, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>**DATE: March 26, 2026**<br>**TIME: 9:30 a.m.** |

**David Garris**, **#BF-7074**, a necessary and material witness in a settlement conference in this case on March 26, 2026, is confined at **California State Prison, Sacramento, P.O. BOX 290066, Represa, CA 95671-0066**, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear inmate before Magistrate Judge Jeremy D. Peterson, by **Zoom video conference** from his place of confinement, on **March 26, 2026 at 9:30 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's necessary legal papers, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Sacramento at (916) 294-3072 or via email at CDCRSACLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the Zoom settlement conference shall immediately be reported to Nic Cannarozzi, Courtroom Deputy, at NCannarozzi@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California State Prison, Sacramento, P.O. BOX 290066, Represa, CA 95671-0066**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Jeremy D. Peterson at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:    February 17, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE