UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GARRIS,

          Plaintiff,

    v.

M. VELASQUEZ, et al.,

          Defendants.

Case No.   1:25-cv-00604-HBK

ORDER STRIKING PREMATURE FILING

(Doc. 36)

On June 29, 2026, Plaintiff filed documents as "proof" that he completed the prison grievance (602) process.  (Doc. 36).  From what the Court can tell, Plaintiff is trying to file an early, or pre-emptive, opposition to a future summary judgment motion about exhaustion that Defendants might file.

Exhaustion is an affirmative defense, which means Defendants, not Plaintiff, must raise it and prove it. *Jones v. Bock*, 549 U.S. 199, 212-18 (2007).  Under the Case Management and Scheduling Order, Defendants' deadline to file a motion for summary judgment based on exhaustion, if they choose to do so, is July 9, 2026.  (*See* Doc. 35 at 3:16).

Because of this schedule, Plaintiff's filing of "proof" of exhaustion is premature and will be stricken.  If Defendants later file a summary judgment motion based on exhaustion, Plaintiff

will then have a chance to respond and submit any evidence showing he exhausted his remedies.

Accordingly, IT IS ORDERED:

The Clerk of Court shall STRIKE Plaintiff's premature exhaustion documents (Doc. 36).


Dated:    July 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2